**Order entered May 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01464-CR
### No. 05-18-01482-CR

**MACKENZIE RENE CHESNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81645-2017 & 401-81646-2017**

## ORDER

The reporter's record, requested December 5, 2018, was due March 14, 2019. By postcard dated March 18, 2019, we notified court reporter Kimberly Tinsley that the reporter's record was past due and directed her to file, by April 17, 2019, the reporter's record or written verification that no hearings were recorded. To date, the reporter's record has not been filed, and we have had no communication from Ms. Tinsley.

We **ORDER** court reporter Kimberly Tinsley to file the reporter's record in these appeals **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Tinsley that the failure to do so will result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Kimberly Tinsley, court reporter, 401st Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE